IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JEANNIE O. OLIVER,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

Case 12-cv-400-wmc

CAROLYN COLVIN,
Acting Commissioner of Social Security,

    Defendant.

    This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of plaintiff against defendant reversing and remanding the decision of the commissioner pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings.

| s/K. Jacobson, Deputy Clerk | 3/14/2014 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |