IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JEANNIE OLIVER,

    Plaintiff,                             JUDGMENT IN A CIVIL CASE

v.                                         Case No. 12-cv-400-wmc

CAROLYN W. COLVIN,

    Defendant.

    This action came before the court for consideration with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered awarding plaintiff Jeannie Oliver attorney fees and costs in the amount of $4,750.00 under the Equal Access to Justice Act, 28 U.S.C. § 2412.

| s/ R.Plender, Deputy Clerk | 6/19/2014 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |